UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE: DAVID W WRIGHT                                             CASE NO. 20-20561
DEISREE JEAN WRIGHT

DEBTORS                                                                       CHAPTER 13
                                                                                    Judge Wise

## DEBTOR(S) 1st AMENDMENT TO AMENDED CHAPTER 13 PLAN

  COMES NOW the Debtor(s), by and through Counsel, and amends the Amended Chapter 13 Plan filed 6/25/20 [Doc. 36] by amending and replacing the Amended Chapter 13 Plan as follows:

**Part 3:** **Treatment of Secured Claims**

**3.2**  **Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*

☐  **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
*The remainder of this paragraph will be effective only if the applicable box in Part 1 is checked.*

☒  The debtor(s) request that the court determine the value of the secured claims listed below. For each non-governmental secured claim listed below, the debtor(s) state that the value of the secured claim should be as set out in the column headed *Amount of secured claim*. For secured claims of governmental units, unless otherwise ordered by the court, the value of a secured claim listed in a proof of claim filed in accordance with the Bankruptcy Rules controls over any contrary amount listed below. For each listed claim, the value of the secured claim will be paid in full with interest at the rate stated below.

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

The holder of any claim listed below as having value in the column headed *Amount of secured claim* will retain the lien on the property interest of the debtor(s) or the estate(s) until the earlier of:

(a) payment of the underlying debt determined under nonbankruptcy law, or

(b) discharge of the underlying debt under 11 U.S.C. § 1328, at which time the lien will terminate and be released by the creditor.

| Name of creditor | Estimated amount of creditor's total claim | Collateral | Value of collateral | Amount of claims senior to creditor's claim | Amount of secured claim | Interest rate* | Monthly payment to creditor | Estimated total of monthly payments |
|---|---|---|---|---|---|---|---|---|
| Fifth Third Bank | $76,482.00 | 402 Pendleton St Falmouth, KY 41040 | $63,152.00 | $0.00 | $63,152.00 | 5.00% | To be determined by Trustee | $71,505.37 |

All other provisions of the Debtor's proposed plan dated 6/25/2020 [Doc. 36] remain effective.

    I, DAVID AND DESIREE WRIGHT, certify under penalty of perjury that the foregoing is true and correct.

DATED:   8/9/2020          */s/ David Wright*
                                     DAVID WRIGHT, Debtor

DATED:   8/9/2020          */s/ Desiree Wright*
                                     DESIREE WRIGHT, Debtor

                                       Respectfully submitted,

                                       */s/ Benjamin N. Wolff*
                                       BENJAMIN N. WOLFF (KBA #92149)
                                       Wolff Law Firm, PLLC
                                       28 W. 5th St.
                                       Covington, KY 41011
                                       (859) 757-4345
                                       (859) 757-1248 (fax)
                                       ben@wolfflawky.com
                                       Attorney for Debtor(s)

## **CERTIFICATE OF SERVICE**

    This is to certify that on August 10, 2020 the foregoing has been filed via ECF and a copy has been served on the parties below by mail or electronically.

Beverly M. Burden, Chapter 13 Trustee
The United States Trustee
Debtor(s)
All parties listed on the Court's Mailing Matrix

                                       */s/ Benjamin N. Wolff*
                                       BENJAMIN N. WOLFF